AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP 15 2021

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Carlos DELEON-Valenzuela (1997/MEX)
Edgar De Jesus OLIVARES-Santillan (1993/USC)
Carlos GARCIA-Reyes (1994/USC)

*Defendant(s)*

Case No. 7:21-mj-1962

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 14, 2021  in the county of  Hidalgo  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to possess with intent to distribute a controlled substance, approximately 51 kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Peter Brostowin

Submitted by reliable electronic means, sworn to
and attested to telephonically per Fed. R. Cr. 4.1,
and probable cause found on:

Date: September 15, 2021 at 7:58 a.m.

City and state: McAllen, Texas

/s/ John Cardenas
*Complainant's signature*

John Cardenas, HSI Special Agent
*Printed name and title*

*Judge's signature*

Hon. J. Scott Hacker, U.S. Magistrate
*Printed name and title*

**Attachment "A"**

I, John P. Cardenas, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On September 14, 2021, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the Hidalgo County Sheriff's Office in Edinburg, Texas. Deputies with the Hidalgo County Sheriff's Office arrested Carlos DELEON-Valenzuela (hereinafter DELEON), a citizen of Mexico, after being found in possession of approximately 13 kilograms (kg) of cocaine concealed within a bag behind the rear seat of the vehicle he was driving.

2. Hidalgo County Sheriff's Office deputies stopped DELEON for committing multiple traffic violations on US Highway 83 in McAllen, Texas.

3. During the course of the traffic stop, Hidalgo County Sheriff's Office deputies became suspicious that DELEON was involved in criminal activity and requested and were given consent to search the vehicle. A Hidalgo County Sheriff's Office deputy utilized his drug detection canine on the vehicle DELEON was driving, receiving a positive alert for the presence of controlled substance(s) emitting from the vehicle.

4. A physical search of the vehicle was conducted, and 13 tape wrapped packages, weighing approximately 13 kgs, were discovered concealed within a bag behind the rear seat of the vehicle.

5. DELEON was transported to the Homeland Security Investigations (HSI) office where Special Agents interviewed him. DELEON stated he had previously been paid $500 by unknown persons to pick up and deliver what he suspected to be drugs on several previous occasions but was uncertain how much he was to be paid for this particular occasion.

6. HSI SAs field tested the substance inside the packages which were presumptive positive for the properties and characteristics of cocaine. The weight of the 13 tape wrapped packages was approximately 13 kgs.

7. Through further investigation, HSI SAs and TFOs went to a residence located at 3702 Fairmont, in Pharr, Texas where they encountered Edgar DeJesus OLIVARES-Santillan (hereinafter OLIVARES) and Carlos GARICA-Reyes (hereinafter GARICA). HSI SAs and TFOs conducted a consent search after being granted consent to search the residence and discovered 36 tape wrapped bundles, weighing approximately 38 kgs and a large amount of US currency.

8. Post-Miranda OLIVARES stated he was paid to store drugs at the residence.

9. SAs interviewed GARCIA, who stated post-Miranda, that he was aware that OLIVARES and DELEON were involved in narcotics trafficking. GARCIA stated that in the last several weeks he had sent approximately three text messages to an unidentified co-conspirator that worked

in the same drug trafficking organization (DTO) as OLIVARES and DELEON. The purpose of the messages were to assist the DTO in furtherance of narcotics trafficking.